UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

4-2-15

ANGELA BESSON,

*Plaintiff*,

v.

HAMILTON HEIGHTS ENTERPRISE, LLC and PAUL BAXTER LANIUS,

*Defendants.*

Civil Action No.: 1:14-cv-8160

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed, by and between the undersigned attorneys for the parties, that Plaintiff's Complaint and any and all claims that were or could have been asserted in this action are hereby dismissed in their entirety, with prejudice, and with each party to bear its own costs, expenses, disbursements, and attorney's fees.

Morgado Law Firm
*Plaintiff's Counsel*:

/s/ Dale J. Morgado

Dale J. Morgado, Esq.
238 Park Ave. S. Ste. 84164
New York, NY 10003
Ph#: (212) 991-8431
Fx#: (212) 991-8439

Dated: 3/26/15

Law Offices of Michael Chong, LLC
*Defendants' Counsel*:

Michael K. Chong

Michael K. Chong, Esq.
2 Executive Drive, Ste. 720
Fort Lee, NJ 07024
Ph#: (201) 708-6675
Fx#: (201) 708-6676

Dated: 3/10/15

SO ORDERED:

Andrew L Carter Jr. U.S.D.J.
4-2-15